

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2019

Nos. 04-18-00802-CR & 04-18-00803-CR

Kenton Lance **LIGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court Nos. 6330 & 6328
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Appellant's second motion for extension of time is GRANTED. Appellant's brief is due July 8, 2019. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court